FILED
APRIL 2, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case 1:08-cv-01930   Document 2   Filed 04/02/2008   Page 1 of 1

08 C 1930

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

LI

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974.  The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law.  This form is authorized for use only in the Northern District of Illinois.

**Plaintiff:**
BOGDAN LIZAK

**Defendants:**
GREAT MASONRY, INC., and
KRZYSZTOF MENDYS

**JUDGE COAR**
**MAGISTRATE JUDGE NOLAN**

County of Residence:   COOK

Plaintiff's Atty:   Barry M. Bennett
Dowd, Bloch & Bennett
8 S. Michigan Ave., 19th Fl.
Chicago, IL  60603
(312) 372-1361

II. Basis of Jurisdiction:   3.  Federal Question (U.S. not a party)

III.  Citizenship of Principal Parties  **(Diversity Cases Only)**

Plaintiff:    **- N/A**
Defendant: **- N/A**

IV.  Origin:   **1.  Original Proceeding**

V.  Nature of Suit:   **710  Fair Labor Standards Act**

VI.  Cause of Action:   **29 U.S.C. § 216(b); 28 USC § 1367**
**Wage and hour violations and supplemental claims**

VII.  Requested in Complaint

Class Action:   No
Dollar Demand:  N/A
Jury Demand:    No

VIII.  This case **IS NOT** a refiling of a previously dismissed case.

Signature:    _// Barry M. Bennett_              Date:    _April 2, 2008_