## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

**FILED**
**APRIL 2, 2008**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 1930**

In the Matter of                                   Case Number:

BOGDAN LIZAK,

                         Plaintiff,

v.

GREAT MASONRY, INC., and
KRZYSZTOF MENDYS,
                        Defendants.

**JUDGE COAR**
**MAGISTRATE JUDGE NOLAN**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff  Bogdan Lizak

| | |
|---|---|
| SIGNATURE  //s// Barry M. Bennett | |
| FIRM  Dowd, Bloch & Bennett | |
| STREET ADDRESS  8 S. Michigan Avenue, 19th Floor | |
| CITY/STATE/ZIP  Chicago, IL  60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  0619 4493 | TELEPHONE NUMBER  (312) 372-1361 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |