**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

**FILED**
**APRIL 2, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 1930**

In the Matter of                                      Case Number:

BOGDAN LIZAK,
                    Plaintiff,
v.
GREAT MASONRY, INC., and
KRZYSZTOF MENDYS,
                    Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:   **JUDGE COAR**
**MAGISTRATE JUDGE NOLAN**

Plaintiff Bogdan Lizak.

| | |
|---|---|
| SIGNATURE      //s// Lakisha M. Kinsey-Sallis | |
| FIRM      Dowd, Bloch & Bennett | |
| STREET ADDRESS      8 S. Michigan Avenue, 19th Floor | |
| CITY/STATE/ZIP      Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)   628 6598 | TELEPHONE NUMBER (312) 372-1361 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☐   NO ☒ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO ☒ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☒   NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☐   NO ☒ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |