# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

BOGDAN LIZAK,

        Plaintiff,

v.

GREAT MASONRY, INC., and
KRZYSZTOF MENDYS,

        Defendants.

**08 C 1930**

Docket Number: _____

Assigned Judge: _____

**JUDGE COAR**
**MAGISTRATE JUDGE NOLAN**

Designated Magistrate Judge: _____

TO: (Name and address of defendant)

    Great Masonry, Inc.
    c/o Mr. Krzysztof Mendys, President
    3511 North Kostner
    Chicago, IL 60641

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Barry M. Bennett
    Dowd, Bloch & Bennett
    8 South Michigan Avenue, 19th Floor
    Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_[signature]_

(By) DEPUTY CLERK

Date

**April 4, 2008**
Date

| RETURN OF SERVICE |
|---|

| Service of the Summons and Complaint was made by me. | DATE: May 9, 2008 |
|---|---|
| NAME OF SERVER (PRINT) Luciano Padilla | TITLE Organizer / Special Process Server |

Check one box below to indicate appropriate method of service-

[✓] Served personally upon the defendant. Place where served: 3101 N. Lowell, Chicago IL

[_] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[_] Returned unexecuted: _____

[_] Other (specify): _____

## STATEMENT OF SERVICES FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/16/2008             *Luciano Padilla*
             Date                   Signature of Server

434 W. Aldine, Chicago, IL 60657
Address of Server