UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BOGDAN LIZAK, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 1930 |
| | ) | |
| v. | ) | Judge Coar |
| | ) | |
| GREAT MASONRY, INC., and | ) | Magistrate Judge Nolan |
| KRZYSZTOF MENDYS, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT
JUDGMENT AND ORDER SETTING PROVE-UP HEARING**

Plaintiff Bogdan Lizak, through his attorneys, respectfully moves pursuant to Fed.R.Civ.P. 55(b)(2) for entry of a default judgment and order setting a prove-up hearing, in the form attached or otherwise, against Defendants Great Masonry, Inc. ("Company"), and Krzysztof Mendys ("Mendys") (the Company and Mendys together will be referred to at times as "Defendants"). In support, Lizak respectfully states as follows:

1. This is an employment action seeking relief for violations of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq*. ("FLSA"); the Illinois Minimum Wage Law, §820 ILCS 105/1, *et seq*. ("IMWL"); the Illinois Employee Classification Act, § 820 ILCS 185/1, *et seq*. ("IECA"); and the common law of retaliatory discharge.

2. As set forth in the complaint, the Court has jurisdiction over Counts I, II, and III pursuant to 29 U.S.C. § 216(b) and 28 U.S.C. § 1331; and over Counts IV, V, VI, and VII pursuant to 28 U.S.C. § 1367.

3. As is also set forth in the complaint, venue if proper in this district under 28 U.S.C. § 1391 because the Defendants reside in this district and because all or a substantial part in the events giving rise to the claims occurred within this district.

4. As set forth in the complaint, Lizak is an "employee" within the meaning of each of the applicable statutes, the Company is a "employer" within the meaning of each of those statutes, and Mendys is an "employer" within the meaning of the FLSA and IMWL.

5. As set forth in the complaint, Lizak was employed by the Company from at least January 2005 through January 2008 performing masonry construction.

6. As set forth in Counts I and IV, the Defendants frequently required Lizak to work more than 40 hours a week but failed to pay him premium rates in violation of the FLSA (Count I) and the IMWL (IV).

7. As set forth in the complaint, the Defendants failed to pay Lizak any wages for his work between January 13 and 18, 2008, thereby violating the FLSA (Count II) and the IMWL (Count V).

8. As set forth in the complaint, the Defendants discharged Lizak in late January 2008 in retaliation for his complaints about their failure to pay him for work

earlier that month, thereby violating the FLSA (Count III) and Illinois common law (Count VI).

9. As set forth in the complaint, the Company improperly classified Lizak as an independent contractor rather than as an employee, thereby violating the IECA (Count VII).

10. As set forth in the Return of Service forms filed with the Clerk on May 23, 2008, the summonses and complaints were personally served on each of the defendants on May 9, 2008, making their answers or responsive pleadings due May 29. Exhibits A, B, attached.

11. Neither the Company nor Mendys has answered, filed some other responsive pleading, or had an appearance entered on its or his behalf.

12. Lizak seeks an order finding the Defendants to be in default and setting a prove-up hearing at which time he will be prepared to present evidence as to the damages he has incurred because of the Defendants' unlawful actions as alleged in the complaint.

       //s Barry M. Bennett
       Attorney for Bogdan Lizak

Barry M. Bennett
DOWD, BLOCH & BENNETT
8 South Michigan Avenue, 19th Floor
Chicago, IL 60603
(312) 372-1361

F:\Employment\E-Lizak 08 C 1930\06.02.08 Filing\Motion for Entry of Default Judgment FINAL.wpd

Case 1:08-cv-01930  Document 7  Filed 05/23/2008  Page 2 of 2

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me.

DATE: May 9, 2008

NAME OF SERVER (PRINT): Luciano Padilla

TITLE: Organizer / Special Process Server

Check one box below to indicate appropriate method of service-

[X] Served personally upon the defendant. Place where served: 3101 N. Lowell, Chicago IL

[_] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[_] Returned unexecuted: _____

[_] Other (specify): _____

## STATEMENT OF SERVICES FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/16/2008
Date

Luciano Padilla
Signature of Server

434 W. Aldine, Chicago, IL 60657
Address of Server

EXHIBIT A

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

BOGDAN LIZAK,

        Plaintiff,

v.

GREAT MASONRY, INC., and
KRZYSZTOF MENDYS,

        Defendants.

**08 C 1930**

Docket Number: _____

Assigned Judge: _____

Designated
Magistrate Judge: _____

**JUDGE COAR**
**MAGISTRATE JUDGE NOLAN**

TO: (Name and address of defendant)

    Great Masonry, Inc.
    c/o Mr. Krzysztof Mendys, President
    3511 North Kostner
    Chicago, IL 60641

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Barry M. Bennett
    Dowd, Bloch & Bennett
    8 South Michigan Avenue, 19th Floor
    Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK

Date

April 4, 2008
Date

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me.

DATE: May 9, 2008

NAME OF SERVER (PRINT): Luciano Padilla

TITLE: Organizer / Special Process Server

*Check one box below to indicate appropriate method of service-*

[X] Served personally upon the defendant. Place where served: 3101 N. Lowell, Chicago IL

[_] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[_] Returned unexecuted: _____

[_] Other (specify): _____

## STATEMENT OF SERVICES FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/16/2008
Date

Signature of Server

434 W. Aldine, Chicago, IL 60657
Address of Server

EXHIBIT B

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

BOGDAN LIZAK,

          Plaintiff,

v.

GREAT MASONRY, INC., and
KRZYSZTOF MENDYS,

          Defendants.

**08 C 1930**

Docket Number: _____

Assigned Judge: _____

Designated Magistrate Judge: _____

**JUDGE COAR**
**MAGISTRATE JUDGE NOLAN**

TO: (Name and address of defendant)

    Mr. Krzysztof Mendys
    3511 North Kostner
    Chicago, IL 60641

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Barry M. Bennett
    Dowd, Bloch & Bennett
    8 South Michigan Avenue, 19th Floor
    Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk            Date

Michael W. Dobbins, Clerk
_/s/_
(By) DEPUTY CLERK

**April 4, 2008**
Date

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BOGDAN LIZAK, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 1930 |
| | ) | |
| v. | ) | Judge Coar |
| | ) | |
| GREAT MASONRY, INC., and | ) | Magistrate Judge Nolan |
| KRZYSZTOF MENDYS, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This matter came before the Court on the motion for entry of a default judgment and an order scheduling a prove-up hearing filed on behalf of Plaintiff Bogdan Lizak, the Court has examined Lizak's submissions and is fully informed, and it appears that good cause exists for granting Lizak's motion and entering this order.

Therefore, IT IS ORDERED as follows:

1. Lizak's motion for entry of a default judgment against Defendants Great Masonry, Inc., and Krzysztof Mendys is granted; and

2. The Court will conduct a hearing on _____, 2008 at _____, at which time Lizak will be expected to present evidence as to the damages he has incurred, and the defendant may appear and present such evidence or arguments as they see fit.

SO ORDERED.

_____
David H. Coar, J.

Date:_____

## CERTIFICATE OF SERVICE

      I certify that I will serve the attached notice of motion, motion, and proposed order on the following parties, which are not eligible for electronic service, by having copies mailed to them at the addresses indicated on June 2, 2008:

      Great Masonry, Inc.
      c/o Krzysztof Mendys
      3101 N. Lowell
      Chicago, IL  60641-5316

      Mr. Krzysztof Mendys
      3101 N. Lowell
      Chicago, IL  60641-5316

      Great Masonry, Inc.
      c/o Krzysztof Mendys
      3511 North Kostner
      Chicago, IL  60641

      Mr. Krzysztof Mendys
      3511 North Kostner
      Chicago, IL  60641

      /s/ Barry M. Bennett

F:\Employment\E-Lizak 08 C 1930\06.02.08 Filing\Certificate of Service1 FINAL.wpd