UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BOGDAN LIZAK, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 1930 |
| | ) | |
| v. | ) | Judge Coar |
| | ) | |
| GREAT MASONRY, INC., and | ) | Magistrate Judge Nolan |
| KRZYSZTOF MENDYS, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF MOTION

To:   Great Masonry, Inc.                 Mr. Krzysztof Mendys
       c/o Krzysztof Mendys           3101 N. Lowell
       3101 N. Lowell                     Chicago, IL  60641-5316
       Chicago, IL  60641-5316

PLEASE TAKE NOTICE that on June 9, 2008, at 9:00 a.m. or as soon thereafter as I may be heard, I will appear before the Honorable David H. Coar, or any judge sitting in his place, in Room 1419 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present a motion for entry of a default judgment and order setting a prove-up hearing, copies of which are attached and served upon you.

                                                              /s/Barry M. Bennett
                                                                 Attorney for
                                                                 Bogdan Lizak

Barry M. Bennett
DOWD, BLOCH & BENNETT
8 South Michigan Avenue, 19th  Floor
Chicago, IL  60603
(312) 372-1361

F:\Employment\E-Lizak 08 C 1930\06.02.08 Filing\Notice of Motion1-FINAL.wpd