**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Bogdan Lizak
          Plaintiff,

v.                    Case No.: 1:08−cv−01930
                   Honorable David H. Coar

Great Masonry, Inc., et al.
          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 4, 2008:

  MINUTE entry before the Honorable David H. Coar: Plaintiff's Motion [9] for entry of Default Judgment and order setting prove−up hearing is granted to the extent that the Court will enter a clerk's default against the defendants. Enter Clerk's Default against the defendants. Prove−up default hearing set for July 15, 2008 at 9:00 a.m. in Courtroom #1419. If the plaintiff intends to prove−up by affidavit, that affidavit shall be filed a with the Clerk of the Court and sent to the defendants at the last known address, on or before July 8, 2008. Further, the Plaintiff shall send a copy of this order to the defendants at the last known address of the defendants. Appearance is not required on the noticed motion date of 6/9/08. Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.