**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                           Case Number: 08-C-1930

BOGDAN LIZAK
    v.
GREAT MASONRY, INC., and KRZYSZTOF MENDYS

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

DEFENDANTS GREAT MASONRY, INC., and KRZYSZTOF MENDYS

| | |
|---|---|
| NAME (Type or print) | |
| John J. Lynch | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ John J. Lynch | |
| FIRM | |
| James L. Kopecky, P.C. | |
| STREET ADDRESS | |
| 190 S. LaSalle Street, Suite 850-A | |
| CITY/STATE/ZIP | |
| Chicago, IL  60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6225509 | (312) 380-6553 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✔ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |