**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| BOGDAN LIZAK,                )<br>                              )<br>     Plaintiff,               )<br>                              )<br>     v.                       )<br>                              )<br>GREAT MASONRY, INC., and      )<br>KRZYSZTOF MENDYS,             )<br>                              )<br>     Defendants.              ) | No. 08-C-1930<br><br>Judge Coar<br>Magistrate Judge Nolan |

## NOTICE OF MOTION

TO: Barry M. Bennett
    Dowd, Bloch & Bennett
    8 South Michigan Avenue, 19th Floor
    Chicago, IL  60603-3315
    bbennett@dbb-law.com

    PLEASE TAKE NOTICE that on July 1, 2008, at 9:00 A.M., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable David H. Coar, Judge of the U.S. District Court for the Northern District of Illinois, or anyone else sitting in his place and stead in the courtroom usually occupied by him in Room 1419 of the Dirksen Federal Building, and then and there present the attached **MOTION TO VACATE DEFAULT JUDGMENT AND FOR ADDITIONAL TIME TO ANSWER OR OTHERWISE PLEAD TO THE COMPLAINT,** a copy of which is attached hereto and hereby served upon you.

June 18, 2008                                    Respectfully submitted,

                                              Great Masonry, Inc. and Krzysztof Mendys

                                     By:     s/John J. Lynch
                                            One of Defendants' attorneys

John J. Lynch
James L. Kopecky, P.C.
190 S. LaSalle Street, Suite 850-A
Chicago, Illinois 60603
Ph:  (312) 380-6553
IL ARDC No. 6225509

### CERTIFICATE OF SERVICE

    I, John J. Lynch, an attorney, do hereby attest and state that on June 18, 2008, I caused **DEFENDANTS' MOTION TO VACATE DEFAULT JUDGMENT AND FOR ADDITIONAL TIME TO ANSWER OR OTHERWISE PLEAD** to be filed with the Clerk of the Court and to be served on the above-named counsel for Plaintiff via email and the Court's electronic filing system.

                                                   s/  John J. Lynch
                                                John J. Lynch