**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| BOGDAN LIZAK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 08-C-1930 |
| ) | |
| GREAT MASONRY, INC., and ) | Judge Coar |
| KRZYSZTOF MENDYS, ) | Magistrate Judge Nolan |
| ) | |
| Defendants. ) | |

**NOTICE OF AGREED MOTION**

TO:   Barry M. Bennett
      Dowd, Bloch & Bennett
      8 South Michigan Avenue, 19th Floor
      Chicago, IL  60603-3315
      bbennett@dbb-law.com

   PLEASE TAKE NOTICE that on June 23, 2008, at 9:00 A.M., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable David H. Coar, Judge of the U.S. District Court for the Northern District of Illinois, or anyone else sitting in his place and stead in the courtroom usually occupied by him in Room 1419 of the Dirksen Federal Building, and then and there present the attached **AGREED MOTION TO EXTEND DATE FOR PLAINTIFF TO FILE HIS PROVE-UP AFFIDAVIT AND FOR HEARING ON THE DEFAULT PROVE-UP,** a copy of which is attached hereto and hereby served upon you.

June 18, 2008                             Respectfully submitted,

                                          Great Masonry, Inc. and Krzysztof Mendys

                                   By:         s/John J. Lynch
John J. Lynch                             One of Defendants' attorneys
James L. Kopecky, P.C.
190 S. LaSalle Street, Suite 850-A
Chicago, Illinois 60603
Ph:  (312) 380-6553
IL ARDC No. 6225509

**CERTIFICATE OF SERVICE**

   I, John J. Lynch, an attorney, do hereby attest and state that on June 18, 2008, I caused the **AGREED MOTION TO EXTEND DATE FOR PLAINTIFF TO FILE HIS PROVE-UP AFFIDAVIT AND FOR HEARING ON THE DEFAULT PROVE-UP** to be filed with the Clerk of the Court and to be served on the above-named counsel for Plaintiff via email and the Court's electronic filing system.

                                              s/  John J. Lynch
                                              John J. Lynch