## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Bogdan Lizak
                                   Plaintiff,

v.                                                    Case No.: 1:08−cv−01930
                                                          Honorable David H. Coar

Great Masonry, Inc., et al.
                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 20, 2008:

      MINUTE entry before the Honorable David H. Coar:Motion to set aside default [14] is granted. The order of default entered against the defendants is vacated. The prove up default hearing is stricken. Motion for extension of time [16] is moot. Defendant to file an answer by 7/14/2008. Status hearing set for 7/15/2008 at 09:00 AM. Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.