**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| BOGDAN LIZAK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-C-1930 |
| | ) | |
| GREAT MASONRY, INC., and | ) | Judge Coar |
| KRZYSZTOF MENDYS, | ) | Magistrate Judge Nolan |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

TO:  Barry M. Bennett
     Dowd, Bloch & Bennett
     8 South Michigan Avenue, 19th Floor
     Chicago, IL  60603-3315
     bbennett@dbb-law.com

PLEASE TAKE NOTICE that on July 21, 2008, at 9:00 A.M., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable David H. Coar, Judge of the U.S. District Court for the Northern District of Illinois, or anyone else sitting in his place and stead in the courtroom usually occupied by him in Room 1419 of the Dirksen Federal Building, and then and there present the attached **MOTION TO DISMISS COUNT VI OF THE COMPLAINT,** a copy of which is attached hereto and hereby served upon you.

July 14, 2008                          Respectfully submitted,

                                       Great Masonry, Inc. and Krzysztof Mendys

                              By:        s/John J. Lynch
                                       One of Defendants' attorneys

John J. Lynch
James L. Kopecky, P.C.
190 S. LaSalle Street, Suite 850-A
Chicago, Illinois 60603
Ph:  (312) 380-6553
IL ARDC No. 6225509

**CERTIFICATE OF SERVICE**

I, John J. Lynch, an attorney, do hereby attest and state that on July 14, 2008, I caused **DEFENDANTS' MOTION TO DISMISS COUNT VI OF THE COMPLAINT** to be filed with the Clerk of the Court and to be served on the above-named counsel for Plaintiff via email and the Court's electronic filing system.

                                         s/  John J. Lynch
                                          John J. Lynch