UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BOGDAN LIZAK, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 1930 |
| | ) | |
| v. | ) | Judge Coar |
| | ) | |
| GREAT MASONRY, INC., and | ) | Magistrate Judge Nolan |
| KRZYSZTOF MENDYS, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF FILING

To:  John J. Lynch, Esq.
     James L. Kopecky, P.C.
     190 S. LaSalle, Suite 850-A
     Chicago, IL  60603

PLEASE TAKE NOTICE that on July 29, 2008, I filed with the Clerk of the United States District Court for the Northern District of Illinois the Report on Parties' Planning Conference pursuant to Rule 26(f) and Proposed Scheduling Order pursuant to Rule 16(b), copies of which are attached and served upon you.

    /s/ Barry M. Bennett
    Attorney for
    Bogdan Lizak

Barry M. Bennett
DOWD, BLOCH & BENNETT
8 South Michigan Avenue, 19th Floor
Chicago, IL  60603
(312) 372-1361

F:\Employment\E-Lizak 08 C 1930\07.29.08 Filing\Notice of Filing1-FINAL.wpd