UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BOGDAN LIZAK, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 1930 |
| | ) | |
| v. | ) | Judge Coar |
| | ) | |
| GREAT MASONRY, INC., and | ) | Magistrate Judge Nolan |
| KRZYSZTOF MENDYS, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

To:   John J. Lynch, Esq.
      James L. Kopecky, P.C.
      190 S. LaSalle, Suite 850-A
      Chicago, IL  60603

   PLEASE TAKE NOTICE that on August 7, 2008, I filed with the Clerk of the United States District Court for the Northern District of Illinois the plaintiff's First Amended Complaint, along with the consent to filing pursuant to Fed.R.Civ.P. 15(a)(2), copies of which are attached and served upon you.

                                              /s/ Barry M. Bennett
                                              Attorney for
                                              Bogdan Lizak

Barry M. Bennett
DOWD, BLOCH & BENNETT
8 South Michigan Avenue, 19th  Floor
Chicago, IL  60603
(312) 372-1361

F:\Employment\E-Lizak 08 C 1930\08.07.08 Filing\Notice of Filing3-FINAL.wpd