# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| BOGDAN LIZAK, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 1930 |
| | ) | |
| v. | ) | Judge Coar |
| | ) | |
| GREAT MASONRY, INC., and | ) | Magistrate Judge Nolan |
| KRZYSZTOF MENDYS, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To:     John J. Lynch, Esq.
        James L. Kopecky, P.C.
        190 S. LaSalle, Suite 850-A
        Chicago, IL  60603

PLEASE TAKE NOTICE that on August 12, 2008, at 9:00 a.m. or as soon thereafter as I may be heard, I will appear before the Honorable David H. Coar, or any judge sitting in his place, at the courtroom usually occupied by him, in Room 1419 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present an agreed motion to set procedures and schedule, a copy of which is attached and served upon you.

   /s/ Barry M. Bennett
Attorney for
Bogdan Lizak

Barry M. Bennett
DOWD, BLOCH & BENNETT
8 South Michigan Avenue, 19th  Floor
Chicago, IL  60603
(312) 372-1361

F:\Employment\E-Lizak 08 C 1930\08.07.08 Filing 2\Notice of Motion2-FINAL.wpd