**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Bogdan Lizak
                              Plaintiff,

v.                                                  Case No.: 1:08−cv−01930
                                                         Honorable David H. Coar

Great Masonry, Inc., et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 11, 2008:

      MINUTE entry before the Honorable David H. Coar:AgreedMotion to set procedures and schedule [29] is granted. Defendants are given to 8/29/2008 to answer or plead to the plaintiff's newly filed amended complaint. If a modified motion to dismiss Count VI is filed, the following briefing schedule will apply to that motion: plaintiff will have until September 12 to respond, the defendants will have until September 26, 2008 to reply. Parties need not appear on the presentment date of 8/12/20078 for motion # 29.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.