UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BOGDAN LIZAK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-C-1930 |
| | ) | |
| GREAT MASONRY, INC., and | ) | Judge Coar |
| KRZYSZTOF MENDYS, | ) | Magistrate Judge Nolan |
| | ) | |
| Defendants. | ) | |

### DEFENDANTS' MOTION TO DISMISS COUNT VI OF THE FIRST AMENDED COMPLAINT

Defendants, Great Masonry, Inc. ("Great Masonry") and Krzysztof Mendys ("Mendys"), through counsel, John J. Lynch of the law firm of James L. Kopecky, P.C., hereby request that this honorable Court enter an Order dismissing Count VI of the First Amended Complaint pursuant to FRCP 12(b)(6) for failure to state a claim upon which relief can be granted.

Count VI purports to state a claim for common law retaliatory discharge in violation of Illinois public policy. Said claim is preempted by, *inter alia,* the Illinois Whistleblower Act, 740 ILCS 174/1 *et seq*.

Additionally, Plaintiff has attempted to bring Count VI against both Great Masonry and Mendys, although the case law is clear that such a claim cannot lie against an individual defendant. Although Defendants pointed this out in their Memorandum of Law in support of their Motion to Dismiss Count VI of the original Complaint, Plaintiff's First Amended Complaint continues to seek relief on Count VI as against Mendys.

WHEREFORE, Defendants respectfully request that this honorable Court enter an Order dismissing Count VI of the First Amended Complaint and grant such other relief as this Court

may deem just and appropriate.

August 29, 2008                                      Respectfully submitted,

                                              Great Masonry, Inc. and Krzysztof Mendys

                             By:        s/John J. Lynch
                                             John J. Lynch
                                             One of Defendants' attorneys

James L. Kopecky, P.C.
190 S. LaSalle Street, Suite 850-A
Chicago, Illinois 60603
Ph: (312) 380-6553
IL ARDC No. 6225509