## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| BOGDAN LIZAK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-C-1930 |
| | ) | |
| GREAT MASONRY, INC., and | ) | Judge Coar |
| KRZYSZTOF MENDYS, | ) | Magistrate Judge Nolan |
| | ) | |
| Defendants. | ) | |

### NOTICE OF FILING

TO:     Barry M. Bennett
        Dowd, Bloch & Bennett
        8 South Michigan Avenue, 19th Floor
        Chicago, IL  60603-3315
        bbennett@dbb-law.com


        PLEASE TAKE NOTICE that on August 29, 2008, the undersigned caused to be filed with the Clerk of the U.S. District Court for the Northern District of Illinois, **DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES** as well as **DEFENDANTS' MOTION TO DISMISS COUNT VI OF THE FIRST AMENDED COMPLAINT AND MEMORANDUM OF LAW IN SUPPORT THEREOF,** pursuant to the Court's Scheduling Order of August 11, 2008, copies of which are attached hereto and hereby served upon you.

August 29, 2008                          Respectfully submitted,

                                         Great Masonry, Inc. and Krzysztof Mendys

                        By:      _____s/John J. Lynch_____
                                 One of Defendants' attorneys

John J. Lynch
James L. Kopecky, P.C.
190 S. LaSalle Street, Suite 850-A
Chicago, Illinois 60603
Ph:  (312) 380-6553
IL ARDC No. 6225509

### CERTIFICATE OF SERVICE

        I, John J. Lynch, an attorney, do hereby attest and state that on August 29, 2008, I caused **DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES** and **DEFENDANTS' MOTION TO DISMISS COUNT VI OF THE FIRST AMENDED COMPLAINT AND MEMORANDUM OF LAW IN SUPPORT THEREOF** to be filed with the Clerk of the Court and to be served on the above-named counsel for Plaintiff via email and the Court's electronic filing system.

                                 ___s/  John J. Lynch___
                                      John J. Lynch