UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2
Eastern Division

Bogdan Lizak
                     Plaintiff,

v.                                         Case No.: 1:08−cv−01930
                                                                     Honorable David H. Coar

Great Masonry, Inc., et al.
                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 5, 2009:

      MINUTE entry before the Honorable Nan R. Nolan: Motion hearing held on 5/5/2009 regarding Defendants' motion to compel[63]. For the reason's stated in open court Defendants' motion to compel [63] is granted in part and denied in part. Parties have advised the Court that all discovery issues relating to the referral pending before this court are resolved. The referral is therefore closed and the case is returned to the assigned judge.Judge Honorable Nan R. Nolan no longer referred to the case.Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.